UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN ASMODEO,                                       :          20 CV 8330 (VB)
                    Petitioner,                   :
v.                                                  :          15 CR 327 (VB)
                                                    :
UNITED STATES OF AMERICA,                           :          ORDER TO ANSWER, 28 U.S.C. § 2255
                    Respondent.                   :
--------------------------------------------------------------x

      The Court, having concluded that the amended motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

      The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

      By March 15, 2021, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

      All further papers filed or submitted for filing must include both the criminal docket number and the civil docket number, and must be docketed in both cases.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 15, 2020
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge