UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN ASMODEO,
                     Petitioner,

v.

UNITED STATES OF AMERICA,
                     Respondent.
--------------------------------------------------------------x

**ORDER**

20 CV 8330 (VB)
15 CR 327 (VB)

       On April 5, 2021, the Court received an executed Attorney-Client Privilege Waiver (Informed Consent) form from petitioner. The form was docketed on April 7, 2021. Accordingly, pursuant to the Court's order dated March 5, 2021, the government's response to the pending Section 2255 motion shall be filed by June 7, 2021.

Dated: April 9, 2021
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge