UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JOHN ASMODEO,
                     Defendant.
--------------------------------------------------------------x

**ORDER**

15 CR 327 (VB)

On March 7, 2022, the Court received a "motion for return of property" filed by defendant Asmodeo.

The government is directed to file a letter response to the motion by March 23, 2022.

Chambers will mail a copy of this order to petitioner at the following address:

John Asmodeo, Reg. No. 71950-054
FCI Danbury
Federal Correctional Institution
33½ Pembroke Road
Route 37
Danbury, CT  06811

Dated: March 9, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge