```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :       ORDER
v.                                     :
                                       :       15 CR 327 (VB)
JOHN ASMODEO,                          :
                        Defendant.     :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/24

On December 2, 2024, defendant filed a document entitled "motion for disclosure of documents." (Doc. #138).

The government is directed to file a response by December 17, 2024.

Chambers will mail a copy of this order to defendant at the following address:

John Asmodeo, Reg. No. 71950-054
FCI Danbury
Federal Correctional Institution
33½ Pembroke Road
Route 37
Danbury, CT  06811

Dated: December 3, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge