Copies Mailed/Faxed 1/27/25
Chambers of Vincent L. Briccetti

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JOHN ASMODEO,
                        Defendant.
--------------------------------------------------------------x

**ORDER**

15 CR 327 (VB)

      For substantially the reasons set forth in the government's response to defendant's "motion for disclosure of documents," the motion is DENIED.

      First, there is no active proceeding pending before the Court. Defendant pleaded guilty, was sentenced, and appealed; his conviction was affirmed and his petition for a writ of certiorari was denied; and his motion for relief pursuant to 28 U.S.C. § 2255 was also denied. Moreover, even if there were an active proceeding, defendant would not be entitled to discovery. This is because even if defendant obtained the discovery he seeks, there is no reason to believe he would be entitled to any further relief—given that when defendant entered his guilty plea, the Court found, based on the government's proffer, defendant's allocution, and his attorney's statement that there was no reason to contest the interstate commerce element, that there was a sufficient factual predicate for the guilty plea. Finally, defendant's intended challenge to the sufficiency of the evidence underlying his conviction is foreclosed by his guilty plea, because by pleading guilty he chose not to challenge the sufficiency of the government's evidence at trial.

      The Clerk is instructed to terminate the motion. (Doc. #138).

      Chambers will mail a copy of this order to defendant at the following address:

John Asmodeo, Reg. No. 71950-054
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811

Dated: January 27, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge